UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIZABETH SCORESE,

                Plaintiff,        20 Civ 1976 (JGK)

    - against -               ORDER

WELLS FARGO BANK, N.A.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

The case is referred to the Magistrate Judge for the purposes of settlement. The parties should advise the Court within 7 days of the conclusion of any discussions with the Magistrate Judge. If the parties are unable to settle the case, the parties should propose a briefing schedule. No further pre-motion conference is necessary for the summary judgment motion.

    SO ORDERED.

Dated:    New York, New York
            June 24, 2021

                                          John G. Koeltl
                                 United States District Judge